## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Carol Haskell, | Civil No. 12-1743 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| CentraCare Health System-Long Prairie, | |
| Defendant. | |

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated:  July 20, 2012

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge